IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

## CERTIFICATE OF MAILING
## THIRD PARTY CITATION NOTICE

Gina Krol, as Chapter 7 Trustee for Passages Hospice, LLC

_____
   Judgment Creditor

v.

Craig Frank

_____
   Judgment Debtor

Chase Bank

_____
   Citation Respondent

BK NO. _____16-34142_____

Adv. No. _____18-00289_____

I hereby certify that, within 3 business days of service of the citation and citation notice upon a person or party other than the judgment debtor, I served upon the judgment debtor the following:

1. Either a copy of the underlying judgment or a certificate by the clerk of the court entered the judgment or the attorney for judgment creditor setting forth the amount of the judgment, the name of that court, and the number of the case,

2. A copy of the citation served upon the third person or party, and

3. A copy of the notice citation.

DATE: __6/25/2021__

_____
Signature

__Emily Mohr__
Printed Name